UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WESLEY HINZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:15CV217 HEA |
| | ) |
| COTTRELL, INC. et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Response to Order to Show Cause, [Doc. No. 25]. For the reasons set forth in the Response,

IT IS HEREBY ORDERED that Defendant Vulcan Chain Company is dismissed without prejudice.

IT IS FURTHER ORDERED that the Order to Show Cause is dismissed.

Dated this 16th day of September, 2015.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE